Thomas L. McKay, Respondent, v. The City of Oswego, Appellant.— Order denying motion for new trial on the ground of newly-discovered evidence affirmed, with costs. All concurred, except McLennan, P. J., not sitting, and Nash, J., who dissented.

Thomas L. McKay, Respondent, v. The City of Oswego, Appellant.— Judgment and order denying motion for new trial under section 999 of the Code of Civil Procedure reversed and a new trial granted on the facts, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the verdict to the sum of $500, as of the date of the rendition thereof, in which event the judgment, as thus modified, and the order are affirmed, without costs of this appeal to either party. All concurred, except McLennan, P. J., not sitting, and Nash, J., who dissented and voted for new trial.

Isaac H. Phillips, as Executor, etc., of Isaac Hampton Phillips, Deceased, Appellant, v. Frank J. Phillips, Defendant, and Nellie J. Phillips, as Administrators, etc., of Vern B. Phillips, Deceased, Respondent.— Order modified by striking therefrom that portion which requires the production of books of account, memoranda or paper writings in the possession or under the control of the plaintiff and as so modified affirmed, without costs of this appeal to either party. All concurred.

Duane E. Belden, Appellant, v. City of Niagara Falls and Carl Steinbrenner, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Lowville and Beaver River Railroad Company, Respondent, v. William L. Elliott, Appellant.— Judgment affirmed, with costs, on opinion of Rogers, J., delivered at Special Term. All concurred.

James Keough, Appellant, v. Kate Purcell, Respondent.— Motion for reargument denied, with ten dollars costs and disbursements.

Benjamin Harris, Respondent, v. Fannie J. Scott, Appellant.— Motion for leave to appeal to the Court of Appeals granted.

Reinhart Kuelling v. Roderick Lean Manufacturing Company.— Motion denied, with ten dollars costs and disbursements.

In the Matter of the Application to Remove William P. Wilcox, a Justice of the Peace of the Town of Salina, Onondaga County.— Application denied, without costs to either party.

The People of the State of New York, Respondent, v. William Huson, Appellant.— Motion to amend order of reversal so as to show that such reversal was upon questions of law only granted.

The People of the State of New York, Respondent, v. Brooklyn Cooperage Company, Appellant, Impleaded with Others, etc.— Motion for leave to appeal to the Court of Appeals granted and question to be reviewed certified to that court.

John C. Cassidy, as, etc., Respondent, v. Charles Sauer and Others, Appellants.— Motion for leave to appeal to the Court of Appeals granted. Questions to be certified for review to be settled by and before Mr. Justice Williams on two days' notice.

George D. Reed and Another, Respondents, v. Minnie L. Joyce and Others, Appellants.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellants shall, within thirty days from date of service of a copy of the order herein, together with notice of entry thereof, file and serve the printed papers on appeal as provided by rule 41* and pay to the respondents' attorney ten dollars costs of this motion, in which event said motion is denied, without costs.

---

## SECOND DEPARTMENT, OCTOBER, 1906.

Charles B. Brown, Respondent, v. Paul A. English and Others, Appellants.

*Pleading — judgment in action on contract as counterclaim in action for attachment — set-off — sections 500, 501, 636, 1913 of the Code of Civil Procedure.*

Appeal by the defendants from an order of the Supreme Court, entered in the office of the clerk of Nassau county on the 17th day of May, 1906, denying their motion to vacate and set aside a levy made under a warrant of attachment issued

---

* General Rules of Practice.— [REP.